United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRELL MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLY SERVICING LLC,<br><br>    Defendant. | Case No. 25-cv-01281-TLT<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO PROVIDE AN ADDRESS FOR SERVICE<br><br>ECF 10 |

This action was filed on February 6, 2025. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that May 7, 2025 is the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. See also, Civil L.R. 4-1 and 4-2.

To date, no proof of service has been filed because the Plaintiff has **failed to provide** the Clerk's Office with **an address to enable service upon the Defendant** .

The Case Management Conference (CMC) is scheduled for May 12, 2025. The Defendant must be served at least 7 days prior to the original CMC date, May 5, 2025.

Therefore, to prevent a continuance of the Case Management Conference, the Defendant should be served no later than May 1, 2025.

Finally, and notwithstanding the federal question alleged, the Complaint alleges a debt collection in the amount of **$9,770.00** which is below the jurisdictional amount for the federal court. *See*, 28 U.S.C. § 1332 and 28 U.S.C. §1915.

//

//

1    IT IS HEREBY ORDERED that by no later than February 20, 2025, Plaintiff shall provide
2 the Clerk of the Court with the address of the Defendant, Ally Servicing, LLC.
3    **IT IS SO ORDERED.**
4 Dated: February 13, 2025

_____
TRINA L. THOMPSON
United States District Judge

2