UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRELL M MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>ALLY SERVICING LLC,<br><br>Defendant. | Case No. 25-cv-01281-TLT<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF 20 |

### I.   ORDER TO SHOW CAUSE FOR FAILURE TO FILE AN OPPOSITION

On April 9, 2025, Defendant Ally Servicing LLC filed a motion to dismiss Plaintiff Andrell Martinez's first amended complaint. ECF 20. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due on April 23, 2025. Plaintiff failed to file an opposition by the deadline, and to date, no opposition has been filed.

*Pro se* Plaintiff is **ORDERED** to file by **Wednesday, April 30, 2025**, (1) an opposition or statement of non-opposition to the pending motion, and (2) a response to this order to show cause explaining why the opposition was not timely filed. If an opposition is filed, Defendant may file a reply on or before May 7, 2025. The motion hearing is **MAINTAINED** for June 10, 2025, at 2 p.m.

### II.   REFERRAL TO HELP DESK

*Pro se* Plaintiff is again **encouraged** to seek free legal assistance from the Legal Help Center located in the San Francisco courthouse. *See* ECF 7. The Legal Help Center will not represent you as your lawyer but can provide basic legal assistance at no cost. You can schedule an appointment by calling 415-782-8982 or emailing FedPro@sfbar.org.

You can find more information at https://cand.uscourts.gov/pro-se-litigants/. The court also has a free guide "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants,"

1  which provides instructions on how to proceed at every stage of the case, including discovery,
2  motions, and trial.
3      You can access it online (https://www.cand.uscourts.gov/wp-
4  content/uploads/2023/03/Pro_Se_Handbook_4-2024_MBB.pdf) or in hard copy free of charge
5  from the Clerk's Office.
6      **IT IS SO ORDERED.**
7  Dated: April 29, 2025

_____
TRINA L. THOMPSON
United States District Judge